JS-6/ENT

**FILED**
MAR - 3 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR - 3 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JUAN LOPEZ,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN C. MARSHALL, WARDEN,<br><br>    Respondent. | Case No.  SACV 08-00950-PSG (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: March 2, 2009

_____
Philip S. Gutierrez
United States District Judge